DANIEL J. BRODERICK, #89424
Federal Defender
COURTNEY FEIN, #244785
Assistant Federal Defender
Designated Counsel For Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
FELIPE MARAMBA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>       v.<br><br>FELIPE MARAMBA<br><br>            Defendant. | No. Cr. S. 09-0316 GEB<br><br>STIPULATION AND [PROPOSED] ORDER<br>TO CONTINUE STATUS CONFERENCE<br><br>Date: February 18, 2011<br>Time: 9:00 a.m.<br>Judge: Hon. Garland E. Burrell |

   THE PARTIES STIPULATE, through counsel, Michelle Rodriguez, Assistant United States Attorney, and Courtney Fein, Assistant Federal Defender, attorney for Felipe Maramba, that the Court should vacate the status conference scheduled for December 17, 2010, at 9:00 a.m., and reset it for February 18, 2011, at 9:00 a.m.

   Counsel for the defendant requires further time to review discovery, discuss the contents of the discovery with her client, and has not yet received a probation report.

   The parties further stipulate that the Court should exclude the period from the date of this order through February 18, 2011, when it computes the time within which the trial of the above criminal

STIPULATION AND [PROPOSED] ORDER          1

prosecution must commence for purposes of the Speedy Trial Act.  The parties stipulate that the ends of justice served by granting the defendant's request for a continuance outweigh the best interest of the public and the defendant in a speedy trial, and that this is an appropriate exclusion of time for defense preparation within the meaning of 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) (Local Code T4).

Dated: December 13, 2010        Respectfully submitted,

DANIEL BRODERICK
Federal Defender

/s/ C. Fein
_____
COURTNEY FEIN
Assistant Federal Defender

Dated: December 13, 2010        BENJAMIN B. WAGNER
United States Attorney

/s/ C.Fein for
_____
MICHELLE RODRIGUEZ
Assistant U.S. Attorney

STIPULATION AND [PROPOSED] ORDER         2

**ORDER**

**IT IS SO ORDERED.** The status conference is continued to February 18, 2011 at 9:00 a.m.  The court finds that a continuance is necessary for the reasons stated above, and further finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  Time is therefore excluded from the date of this order through February 18, 2011, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

Dated:  December 14, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge

STIPULATION AND [PROPOSED] ORDER         3